# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ROLANDO FELICIANO | ) | Case No. 1:14-MJ-332 |
| | ) | |
| *Defendant(s)* | ) | |

FILED JAN 26
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2013 and March 2014__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a) | Knowingly employed, used, persuaded, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct where such visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*M. Kucharczyk*
*Complainant's signature*

FBI Special Agent Ulrike Kucharczyk
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan 26, 2014

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Honorable John F. Anderson
*Printed name and title*