# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- ☐ Under Seal
- **Judge Assigned:**
- City:
- **Superseding Indictment:**
- **Criminal No.**
- County: Fairfax
- **Same Defendant:**
- **New Defendant:**
- **Magistrate Judge Case No.** 1:14-mj-332
- **Arraignment Date:**
- **Search Warrant Case No.**
- **R. 20/R. 40 From:**

**Defendant Information:**
- **Defendant Name:** ROLANDO FELICIANO
- **Alias(es):**
- ☐ Juvenile  **FBI No.**
- **Address:** Elizabeth, New Jersey
- **Employment:**
- **Birth Date:** XXXXXX  **SSN:** XXXXXX  **Sex:** Male  **Race:** White  **Nationality:** US Citizen
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☐ **Interpreter  Language/Dialect:** English  **Auto Description:**

**Location/Status:**
- **Arrest Date:**  ☐ Already in Federal Custody as of:  in:
- ☒ Already in State Custody  ☐ On Pretrial Release  ☐ Not in Custody
- ☒ Arrest Warrant Requested  ☐ Fugitive  ☐ Summons Requested
- ☐ Arrest Warrant Pending  ☐ Detention Sought  ☐ Bond

**Defense Counsel Information:**
- **Name:**  ☐ Court Appointed  **Counsel Conflicts:**
- **Address:**  ☐ Retained
- **Phone:**  ☐ Public Defender  ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- **AUSA(s):** Matt Gardner  **Phone:** 703-299-3824  **Bar No.**

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI Special Agent Ulrike Kucharczyk

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 2251(a) | Production of Child Pornography | 1 | Felony |
| Set 2: | | | | |

**Date:** 6/26/2014  **AUSA Signature:** [signature]

*may be continued on reverse*