IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL No. 1:14-CR-261 |
| | ) | |
| v. | ) | Count 1: 18 U.S.C. § 2251(a) |
| | ) | Production of Child Pornography |
| ROLANDO FELICIANO, | ) | |
| | ) | Count 2: 18 U.S.C. § 2422(b) |
| Defendant. | ) | Coercion and Enticement |
| | ) | |

## INDICTMENT

**July 2014 Term- at Alexandria**

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Production of Child Pornography)

On or about and between July 2013 and March 2014, within the Eastern District of Virginia and elsewhere, the defendant, ROLANDO FELICIANO, did knowingly employ, use, persuade, induce, entice and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and such visual depiction was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce; to wit: an image depicting the lascivious exhibition of the genitals and pubic area of Minor A, who was 13 years old on the date of the offense.

(In violation of Title 18, United States Code, Section 2251(a)).

1

THE GRAND JURY FURTHER CHARGES THAT:

## COUNT 2
(Coercion and Enticement)

On or about and between July 2013 and March 2014, in the Eastern District of Virginia and elsewhere, the defendant, ROLANDO FELICIANO, did unlawfully and knowingly use any facility and means of interstate and foreign commerce to attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, including Section 18.2-67.3 of the Code of Virginia (aggravated sexual battery) and Section 18.2-67.4:2 of the Code of Virginia (sexual abuse of a child under 15 years of age), or attempt to do so.

(In violation of Title 18, United States Code, Section 2422(b)).

A TRUE BILL
Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
GRAND JURY FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

_____
By: Matt J. Gardner
Assistant United States Attorney