# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- City:
- County: Fairfax

☐ Under Seal
Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.:
Search Warrant Case No.:

Judge Assigned: GBL
Criminal No.: 1:14-CR-26
New Defendant:
Arraignment Date:
R. 20/R. 40 From:

**Defendant Information:**
- Defendant Name: Rolando Feliciano
- Alias(es):
- ☐ Juvenile  FBI No.:
- Address: Elizabeth, New Jersey
- Employment:
- Birth Date: 1964
- SSN: 2871
- Sex: Male
- Race: White
- Nationality: U.S. Citizen
- Place of Birth:
- Height:
- Weight:
- Hair:
- Eyes:
- Scars/Tattoos:
- ☐ Interpreter  Language/Dialect:
- Auto Description:

**Location/Status:**
- Arrest Date: 6/26/2014
- ☒ Already in Federal Custody as of: 6/26/2014 in: Alexandria City Jail
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**
- Name: Geremy C. Kamens
- ☐ Court Appointed
- Counsel Conflicts:
- Address: 1650 King St Suite 500 Alexandria, VA 22314
- ☐ Retained
- Phone: (703) 600-0800
- ☒ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- AUSA(s): Matthew Gardner
- Phone: 703-299-3824
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**
Federal Bureau of Investigation, Special Agent Ulrike Kucharczyk

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2251(a) | Production of Child Pornography | 1 | Felony |
| Set 2: | 18 U.S.C. § 2422(b) | Coercion and Enticement | 1 | Felony |

Date: 7/22/2014  AUSA Signature: [signature]

*may be continued on reverse*