IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:14-CR-261 |
| v. | ) | |
| | ) | The Honorable Gerald Bruce Lee |
| ROLANDO FELICIANO, | ) | |
| | ) | |
| Defendant. | ) | Hearing: September 26, 2014 |
| | ) | |
| | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS

The defense moves this Court to suppress certain statements by Mr. Feliciano to law enforcement. Specifically, on March 14, 2014, after his arrest in this case, Mr. Feliciano was interviewed by law enforcement. After about 30 minutes of questioning, Mr. Feliciano told law enforcement, "I want to see a lawyer." Def. Mot. at 2.

The defense does not contest the statements Mr. Feliciano made prior to his request for a lawyer. Rather, the defense moves to suppress the statements Mr. Feliciano made after his request for a lawyer. The government does not oppose this motion. In the trial of this case, the government will not use any of Mr. Feliciano's statements made to law enforcement during his interview on March 14, 2014, after he stated, "I want to see a lawyer." Based on the

government's position, this Court should deny the defense's motion as moot.

## Conclusion

The defense's motion to suppress should be denied as moot.


Respectfully submitted,

Dana J. Boente
United States Attorney


By: _____/s/_____
Matt Gardner
Assistant United States Attorney
Eastern District of Virginia
*Counsel for the United States*
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: matthew.gardner@usdoj.gov

Date: September 19, 2014

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing Response and Opposition to the Defendant's Motion with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filling (NEF), and I have also served by email a copy of the foregoing to the following:

Geremy Kamens, Esq.
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0800 office
Geremy_kames@fd.org


Respectfully submitted,

Dana J. Boente
United States Attorney


By: _____/s/_____
Matt Gardner
Assistant United States Attorney
Eastern District of Virginia
*Counsel for the United States*
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: matthew.gardner@usdoj.gov

Date: <u>September 19, 2014</u>