IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
IN OPEN COURT
OCT - 7 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| ROLANDO FELICIANO, | ) | CRIMINAL NO. 1:14-CR-261 |
| | ) | Count 1: Travel with Intent to Engage in Illicit Sexual Conduct (18 U.S.C. § 2423(b)) |
| Defendant. | ) | Count 2: Receipt of Child Pornography (18 U.S.C. § 2252(a)(2)) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Travel With Intent to Engage in Illicit Sexual Conduct)

On or about and between July 2013 and March 2014, within the Eastern District of Virginia and elsewhere, the defendant, ROLANDO FELICIANO, did travel in interstate commerce, for the purpose of engaging in any illicit sexual conduct with another person; to wit: ROLANDO FELICIANO travelled from New Jersey to Fairfax, Virginia, which is within the Eastern District of Virginia, by automobile for the purpose of engaging in sexual conduct with a minor that ROLANDO FELICIANO believed to be thirteen years old.

(In violation of Title 18, United States Code, Section 2423(b))

## COUNT TWO
(Receipt of Child Pornography)

On or about and between and between July 2013 and March 2014, in Fairfax, Virginia, within the Eastern District of Virginia and elsewhere, the defendant, ROLANDO FELICIANO, did unlawfully and knowingly receive any visual depiction of a minor engaging in sexually explicit conduct using any means and facility of interstate and foreign commerce, and has been shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed and so shipped and transported, by any means including by computer; to wit: videos and still images depicting minor and prepubescent children engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Section 2252(a)(2))

Dana J. Boente
United States Attorney

By: *Matt Gardner/wsn*

MATT J. GARDNER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Phone: (703) 299-3824
Matthew.gardner@usdoj.gov